**Tremechia BUTLER; Raven Johnson; Vilencia Johnson, Plaintiffs-Appellants**

**v.**

**AXIALL, L.L.C., formerly known as Georgia Gulf Chemicals & Vinyls, L.L.C.; Muncie Power Products, Incorporated, Defendants-Appellees**

**No. 16-30546**

United States Court of Appeals, Fifth Circuit.

Date Filed: 12/12/2016

Jennifer Octavia Robinson, Melvin A. Eiden, Esq., Rabalais & Hebert, Lafayette, LA, for Plaintiffs-Appellants

Luis A. Leitzelar, Litigation Counsel, Ford Charles Marionneaux, Esq., Litiga-

tion Counsel, Michael Ryan Rhea, Jones Walker, L.L.P., Baton Rouge, LA, for Defendant-Appellee Axiall, L.L.C.

Daryl Arthur Higgins, Esq., Brittany Ann Cooper, Esq., Wade A. Langlois, III, Gaudry, Ranson, Higgins & Gremillion, L.L.C., Gretna, LA, for Defendant-Appellee Muncie Power Products, Incorporated

Before JONES, BARKSDALE, and COSTA, Circuit Judges.

PER CURIAM: *

The court has considered this appeal in light of the briefs, oral argument, and the record. Having done so we find no reversible error and affirm essentially for the reasons stated by the district court.

AFFIRMED.

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

